UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SHAYNE M. PIERING, et al.,

        Plaintiffs,

        vs.

Case No. 21-CV-1045

CITY OF WAUWATOSA, et al.,

        Defendants.

## DISCLOSURE STATEMENT

The undersigned, counsel of record for the plaintiff, Shayne M. Piering, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1)     Shayne M. Piering;

(2)     Not Applicable; and

(3)     Law Offices of Robert A. Levine.

Dated at Milwaukee, Wisconsin, this 13th day of September, 2021.

LAW OFFICES OF ROBERT A. LEVINE

/s/ Robert A. Levine
_____

Robert A. Levine
State Bar No. 01011965
Jonathan J. Cattey
State Bar No. 01079322
630 North Broadway
Milwaukee, WI 53202
Phone: (414) 271-9585
Email: rlevine@rlevinelaw.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on September 13, 2021, he electronically filed the foregoing Disclosure Statement with the Clerk of Court using the CM/ECF filing system, which will send notification of such filing to all CM/ECF participants.

      LAW OFFICES OF ROBERT A. LEVINE

      /s/ Robert A. Levine
      _____

      Robert A. Levine
      State Bar No. 01011965

2

Case 2:21-cv-01045-NJ   Filed 09/14/21   Page 2 of 2   Document 3