Joseph M. Wirth
Jasmyne M. Baynard
Ann C. Wirth
Ryan J. Truesdale
Amanda E. Melrood
Sheila Thobani

<u>Of Counsel</u>
Gregg J. Gunta
Richard E. Schmidt



July 24, 2023

**<u>VIA E-FILING</u>**
Honorable Brett H. Ludwig
United States Federal Building and Courthouse
Courtroom 320
517 E. Wisconsin Ave.
Milwaukee, WI 53202

      Re:    Shayne M. Piering, et al. v. George N. Opelt, et al.
                Eastern District of Wisconsin Case No.: 21-CV-01045

Dear Judge Ludwig:

    I write to inform the Court that the parties have reached an agreement to resolve this matter without further litigation. As a result, it is anticipated that the Court's August 22, 2023 status conference and August 15, 2023 joint status report will not be necessary. The parties will circulate and e-file a stipulation and proposed order for dismissal as soon as the logistics of the resolution are finalized.

                                             Very truly yours,

                                             WIRTH + BAYNARD

                                             *<u>Electronically signed by Jasmyne M. Baynard</u>*
                                             JASMYNE M. BAYNARD
                                           jmb@wbattys.com

cc – all counsel via e-filing