UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAYNE M. PIERING,

    Plaintiff,

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, S.I. and UNITED HEALTHCARE,

    Involuntary Plaintiffs,

v.    Case No.: 21-CV-01045

GEORGE N. OPELT, LUKE VETTER, and
XYZ POLICE OFFICERS,

    Defendants.

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that an Order may be entered by the Court dismissing all claims and causes of action, including cross-claims, counterclaims and subrogation claims, upon the merits, with prejudice, without costs and without further notice to any party.

Dated this 3rd day of August, 2023.

    **Law Offices of Robert A. Levine**
    Attorneys for the plaintiff, Shayne M. Piering

    /s/ Jonathan Cattey
    Jonathan Cattey
    State Bar No.: 1079322

Dated this 3rd day of August 2023.

        **WIRTH + BAYNARD**
        Attorneys for Defendants,
        George N. Opelt and Luke Vetter

        *Electronically signed by Jasmyne M. Baynard*
        Jasmyne M. Baynard
        State Bar No.: 1099898

Dated this 3rd day of August, 2023.

        **HEUER LAW OFFICES, S.C.**
        Attorneys for American Family Mutual Insurance Company, S.I.

        /s/ Jonathan McCollister
        Jonathan McCollister
        State Bar No.: 1037740